# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 279 WAL 2014
                                    :
               Respondent        :
                                      : Petition for Allowance of Appeal from the
                                      : Order of the Superior Court
               v.                   :
                                      :
                                      :
JOHN KOEHNLEIN, JR.,               :
                                      :
              Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.